686 A.2d 1192

IN THE MATTER OF RONALD S. SAMPSON,
AN ATTORNEY AT LAW.

January 17, 1997.

## ORDER

The Disciplinary Review Board on November 8, 1996, having filed with the Court its decision concluding that **RONALD S. SAMPSON** of **EAST ORANGE,** who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of three months based on violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), and *RPC* 8.4(c) (misrepresentations), and good cause appearing;

It is ORDERED that **RONALD S. SAMPSON** is hereby suspended from the practice of law for a period of three months, effective February 10, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.